

1   JUSTIN X. WANG (CSB #166183)
     **BAUGHMAN & WANG**
2   111 Pine Street, Suite 1350
     San Francisco, California 94111
3   Telephone: (415) 576-9923
     Facsimile:  (415) 576-9929
4

5   Attorney for Plaintiffs
     Yi DONG;
     Yuanqin GUAN
6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 0477    CRB

| | |
|---|---|
| Yi DONG; <br> Yuanqin GUAN <br><br>      Plaintiffs <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary of the <br> Department of Homeland Security; <br> ROBERT S. MUELLER, Director of Federal <br> Bureau of Investigation <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.: **0477**

**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

"Immigration Case"

16         Plaintiffs Yi DONG and Yuanqin GUAN, by and through their undersigned attorney, sue

17 Defendants and state as follows:

18 1.       This action is brought against the Defendants to compel action on their Applications to Adjust

19 to Permanent Resident Status, or Form I-485, by Plaintiffs Yi DONG and Yuanqin GUAN, husband

20 and wife, based on Plaintiff Yi DONG's employment, properly filed by the Plaintiffs. The I-485

21 applications remain within the jurisdiction of the Defendants, who have improperly withheld action

22 on said application to Plaintiffs' detriments.

23                               **PARTIES**

24 2.       Plaintiffs Yi DONG and Meimei ZHU are natives and citizens of the People's Republic of

25 China. Their Form I-485, Applications to Register Permanent Resident or Adjust Status, were

26 received by the U.S.C.I.S. on September 17, 2004 (**Exhibit 1: I-485 Receipt Notices**) and are

27 seeking to become lawful permanent residents of the United States as beneficiaries of an approved

28 I-140 Immigrant Petition for Alien Worker.

1    3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

2    (DHS), and this action is brought against him in his official capacity.  He is generally charged

3    with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

4    such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

5    4.    Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),

6    the law enforcement agency that conducts security clearances for other U.S. government agencies,

7    such as the Department of State.  As will be shown, Defendant has failed to complete the security

8    clearances on Plaintiffs' cases.

9    **JURISDICTION**

10    5.    Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

11    and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

12    **VENUE**

13    6.    Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

14    against officers and agencies of the United States in their official capacities, brought in the

15    District where the Plaintiffs reside if no real property is involved in the action.

16    **EXHAUSTION OF REMEDIES**

17    7.    Plaintiffs have exhausted their administrative remedies.

18    **CAUSE OF ACTION**

19    8.    Plaintiffs Yi DONG and Yuanqin GUAN are natives and citizens of the People's

20    Republic of China. Their Form I-485, Application to Register Permanent Resident or Adjust

21    Status, were received by the U.S.C.I.S. on September 17, 2004 (**Exhibit 1: I-485 Receipt**

22    **Notices**)

23    9    According to the Service Center processing dates, the USCIS California Service Center is

24    currently processing I-485 employment-based adjustment application filed on June 18, 2007

25    (**Exhibit 2: Copy of CSC Processing Dates Posted December 14, 2007**).  Plaintiffs' I-485

26    applications have now remained pending for three years and four months from the date of the

27    filing.

28    10.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\LING\Mandamus\485 Employment Based\DONG Yi & GUAN Yuanqin\Complaint.wpd

2

1  with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiffs'

2  I-485 applications for three years and four months from the date of filing, thereby depriving

3  Plaintiffs of the rights to the decision on their applications and the peace of mind to which

4  Plaintiffs are entitled.

5  11.    Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties

6  under the law.

7          (a)    Plaintiffs Yi DONG and Yuanqin GUAN have been damaged by simply being

8                 deprived of the adjudication of their Application to Adjust to Permanent Resident

9                 Status for three years and four months. Plaintiffs have also been unable to plan any

10                foreign travel or pursue a future course of action in the United States due to the

11                pendency of their I-485 applications.

12         (b)    Plaintiffs Yi DONG and Yuanqin GUAN have further been damaged in that their

13                employment authorization and travel document are tied to his status as applicant

14                for permanent residency and are limited to increments not to exceed one year. 8

15                CFR §274a.12(c)(9). Therefore, Plaintiffs will be forced to repeatedly apply and

16                pay for extensions of employment authorization and travel document, to the

17                continued inconvenience and harassment of Plaintiffs to continually insure their

18                work and travel eligibility.

19 12.    The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5

20 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-485

21 applications and have failed to carry out the adjudicative functions delegated to them by law with

22 regard to Plaintiffs' case.

23                                          **PRAYER**

24 13.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

25 respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

26 the Court enter an order:

27         (a)   requiring Defendants to expeditiously complete Plaintiffs' FBI Security Check for

28 their I-485 applications, if security check is the only reason for the delay;

1      (b)   requiring Defendants to expeditiously process Plaintiffs' I-485 Application to

2    conclusion;

3          (c)   awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act;
     and

4          (d)   granting such other relief at law and in equity as justice may require.

5

6    Dated:    January 18, 2008                          Respectfully submitted,

7

8

9

10                                                         Justin X. WANG, Esq.
                                                           Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\LING\Mandamus\485 Employment Based\DONG Yi & GUAN Yuanqin\Complaint.wpd

4

1

2

3    **CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

4    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

5    the named parties, there is no such interest to report.

6

7    Dated:        January 18, 2008                    Respectfully submitted,

8

9

10                                                       Justin X. WANG, Esq.
                                                         Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No.:**
PLAINTIFFS' ORIGINAL COMPLAINT                5        F:\LING\Mandamus\485 Employment Based\DONG Yi & GUAN Yuanqin\Complaint.wpd

1

2                                           **LIST OF ATTACHMENTS**

3              *Exhibit*          *Description*

4                1              I-485 Receipt Notices

5                2              Copy of NSC Processing Dates Posted December 18, 2008

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No.:**
PLAINTIFFS' ORIGINAL COMPLAINT              F:\LING\Mandamus\485 Employment Based\DONG Yi & GUAN Yuanqin\Complaint.wpd

Exhibit 1

Department of Homeland Security
U.S. Citizenship and Immigration Serv'

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|
| WAC-04-255-50901 | | | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT | A97 878 281 |
|---|---|---|---|
| September 17, 2004 | | DONG, YI | |

| NOTICE DATE | PAGE |
|---|---|
| September 22, 2004 | 1 of 1 |

JUSTIN WANG
BAUGHMAN & WANG ATTYS AT LAW
RE: YI DONG
39650 LIBERTY ST STE 240
FREMONT CA 94538

**Notice Type:** Receipt Notice

Amount received: $ 1385.00
Section: Adjustment as direct
           beneficiary of immigrant
           petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
   - You can check our current processing time for this kind of case on our website at **uscis.gov**.
   - On our website you can also sign up to get free e-mail updates as we complete key processing
     steps on this case.
   - Most of the time your case is pending the processing status will not change because we will be
     working on others filed earlier.
   - We will notify you by mail when we make a decision on this case, or if we need something from you.
     If you move while this case is pending, call customer service when you move.
   - Processing times can change.  If you don't get a decision or update from us within our current
     processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you
contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel**
**<http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-255-50922 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>September 17, 2004 | PRIORITY DATE | APPLICANT A97 878 282<br>GUAN, YUANQIN |
| NOTICE DATE<br>September 22, 2004 | PAGE<br>1 of 1 | |

JUSTIN WANG
BAUGHMAN & WANG ATTYS AT LAW
RE: YUANQIN GUAN
39650 LIBERTY ST STE 240
FREMONT CA 94538

**Notice Type:** Receipt Notice

Amount received: $ 1385.00

Section: Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Form I-797C (Rev. 08/31/04) N

Exhibit 2



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
## Posted December 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide --

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **California Service Center** Posted December 14, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 30, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | September 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of | October 16, |

| | | | |
|---|---|---|---|
| | | status in the U.S. | 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | November 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | November 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | September 28, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | November 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | October 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | October 16, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | June 18, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | June 18, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | September 16, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | June 18, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | March 02, 2007 |

| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 18, 2007 |
|---|---|---|---|
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | June 18, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | September 16, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | September 16, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | March 14, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | June 18, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | September 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | November 15, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | September 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | September 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | September 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | September 29, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | May 15, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | June 18, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 18, 2007 |
| | Petition by Entrepreneur to Remove | Removal of lawful permanent resident | September |

Case 3:08-cv-00477-CRB    Document 1    Filed 01/22/2008    Page 14 of 14

| I-829 | Conditions | conditions (immigrant investors) based on PL107-273 | 10, 1997 |

[ Print This Page ]    [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=CSC                              1/18/2008