1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs
5  Yi DONG;
   Yuanqin GUAN
6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  Yi DONG;                          )
   Yuanqin GUAN                      )   Case No.: **C08-0477 CRB**
10                                   )
                        Plaintiffs   )   **NOTICE OF VOLUNTARY**
11                                   )   **DISMISSAL**
   vs.                               )
12                                   )
   MICHAEL CHERTOFF, Secretary of the)
13 Department of Homeland Security;  )
   ROBERT S. MUELLER, Director of Federal)
14 Bureau of Investigation           )
                                     )
15                      Defendants.  )   "Immigration Case"
                                     )
16

17        NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily
18 dismisses the above-captioned action without prejudice.
19

20
   Dated:    February 26, 2008              Respectfully submitted,
21

22

23
                                                    /S/
24                                            _____
                                              Justin X. WANG, Esq.
25                                            Attorney for Plaintiffs

26

27

28

---

**Case No.:** C08-0477 CRB
Notice of Voluntary Dismissal          F:\LING MIAO\Mandamus\485 Employment Based\DONG Yi & GUAN Yuanqin\Voluntary Dismissal.wpd